IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**10 CIV. 9002**

ALBERTO MENDOZA )
)
v. ) CASE NO: 1:09-CR-219-2-(HB)
)
) HON. JUDGE, HAROLD BAER
UNITED STATES OF AMERICA )

## MOTION FOR THE RETURN OF SEIZED PROPERTY

    **COMES NOW**, The Defendant Alberto Mendoza Proceeding Pro-se, and moves this Honorable Court Pursuant to Rule 41(g) of the Federal Rules of Criminal Procedures, for an "Order" to the United States of America, by and through its Agency, the U.S. Drug Enforcement Agency, to Return all Personal Property which they Seized from Defendant when he was Arrested by them on November 10, 2008 and grounds asserts the following:

(1) Defendant asserts that on November 10, 2008 he was Arrested by Federal Government Agents of the U.S. Drug Enforcement Agency who Confiscated the Following Personal Property from Defendant and never returned its, which consisted on the following;

(A) One (1) Gold Ring

(B) Two (2) Cell Phones

(C) One (1) Wallet

(D) $2,380.00 U.S. Dollars

    The Defendant Asserts that None of his Property was Proceeds of the Crime to which Defendant was Convicted, nor Seized by the Government for the purpose of forfeiture.

1

Wherefore, in light of the aforementioned, Defendant Respectfully Request that this Honorable Court issues an "Order" directing the United States Government via the U.S. Drug Enforcement Agency to Return the Personal Property which they Confiscated from Defendant when they Arrested him on November 10, 2008.

Respectfully Submitted,

*Alberto Mendoza* (signature)

Alberto Mendoza
Reg. No. 61586-054
Rivers C.I.
P.O BOX 630
Winton, NC 27986