USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALBERTO MENDOZA

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

UNITED STATES OF AMERICA

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

10 Civ. 9002 (U)(A)

**REQUEST TO PROCEED
IN FORMA PAUPERIS**

I, Alberto Mendoza, *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

   Rivers Correctional Institution, P.O. Box 630
   WINTON, NC, 27986 . Mrs. LEE. $4.00

2. If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   A FRIEND TO HELP ME BUY A LITTLE COMMISARY

   a) Are you receiving any public benefits?   ☒ No.   ☐ Yes, $_____.

   b) Do you receive any income from any other source?   ☒ No.   ☐ Yes, $_____.

4.  Do you have any money, including any money in a checking or savings account? If so, how much?

    ☒ No.    ☐ Yes, $_____.

5.  Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

    ☒ No.    ☐ Yes, $_____.

6.  Do you pay for rent or for a mortgage? If so, how much each month?

    ☒ No.    ☐ Yes, _____.

7.  List the person(s) that you pay money to support and the amount you pay each month.

    _____NONE_____

    AT THIS TIME I DO NOT BECAUSE OF MY PAUPERIS

8.  State any special financial circumstances which the Court should consider.

    NONE

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __16__ day of __December__, __2010__.
                date                month       year

_/s/ [signature]_
*Signature*

United States District Court
Southern District of New York

# PRISONER AUTHORIZATION

Mailed to Plaintiff by the Court on this date: DECEMBER 16, 2010

RE: ALBERTO MENDOZA                - v -  UNITED STATES OF AMERICA
   *(Enter the full name of the plaintiff(s).)*          *(Enter the full name of the defendant(s).)*

**NOTICE IS HEREBY GIVEN THAT THIS ACTION WILL BE DISMISSED UNLESS PLAINTIFF COMPLETES AND RETURNS THIS AUTHORIZATION FORM TO THIS COURT WITHIN FORTY-FIVE (45) DAYS FROM THE DATE OF THIS NOTICE.**

The Prison Litigation Reform Act ("PLRA" or "Act") amends the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under the PLRA, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350 has been paid, no matter what the outcome of the action.

*************************************************************************
**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, Alberto Mendoza  *(print or type your name)*, request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred.

**I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.**

DECEMBER 16 , 20 10                    *[signature]*
*Date Signed*                                  *Signature of Plaintiff*

                                   N.Y.S.I.D. # _____

                                   Local Jail/Facility I.D. # _____

                                   Federal Bureau of Prisons I.D. # 61586-054

*Rev. 05/2010*

```
=========================================================
              RIVERS CORRECTIONAL INSTITUTION
=========================================================

                    Resident Account Summary
                 Thursday, December 16, 2010  @14:14
=========================================================
For REG: 61586054     MRNDOZA, ALBERTO
```

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 12/15/2010 | EPR | OID:100241211-ComisaryPur | -14.15 | 20.95 | 0.00 | 0.00 | 12/15/2010 |
| 12/08/2010 | EPR | OID:100240254-ComisaryPur | -19.45 | 35.10 | 0.00 | 0.00 | 12/08/2010 |
| 12/07/2010 | PAYROLL | | 4.50 | 54.55 | 0.00 | 0.00 | 12/07/2010 |
| 12/07/2010 | DEPMO | WESTERN UNION MARIA | 30.00 | 50.05 | 0.00 | 0.00 | 12/07/2010 |
| 11/03/2010 | EPR | OID:100235886-ComisaryPur | -17.15 | 20.05 | 0.00 | 0.00 | 11/03/2010 |
| 10/25/2010 | DEPMO | US TREASURY | 37.20 | 37.20 | 0.00 | 0.00 | 10/25/2010 |
| 10/14/2010 | BAL FWD | INITIAL DEPOSIT | 0.00 | 0.00 | 0.00 | 0.00 | 10/14/2010 |